```
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:SEP 30 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :         **INDICTMENT**
                                   :
KIRK WALKER,                       :       **15 CRIM 656**
                                   :
              Defendant.           :
                                   :
- - - - - - - - - - - - - - - - - X

## COUNT ONE
### (Bank Robbery)

The Grand Jury charges:

1.    On or about April 18, 2015, in the Southern District of New York, KIRK WALKER, the defendant, by force and violence, and by intimidation, knowingly did take and attempt to take from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, WALKER stole approximately $361 from a Banco Popular North America branch located in the vicinity of 90 West 96th Street, New York, New York.

(Title 18, United States Code, Section 2113(a).)

## COUNT TWO
### (Bank Robbery)

The Grand Jury further charges:

2.    On or about September 5, 2015, in the Southern District of New York, KIRK WALKER, the defendant, by force and violence, and by intimidation, knowingly did take and attempt to take from the person



and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, WALKER stole approximately $1,820 from a Capital One, National Association branch located in the vicinity of 249 East 86th Street, New York, New York.

(Title 18, United States Code, Section 2113(a).)

## COUNT THREE
### (Bank Robbery)

The Grand Jury further charges:

3.    On or about September 14, 2015, in the Southern District of New York, KIRK WALKER, the defendant, by force and violence, and by intimidation, knowingly did take and attempt to take from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management, and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, WALKER stole approximately $4,019 from a Capital One, National Association branch located in the vicinity of 2379 Broadway, New York, New York.

(Title 18, United States Code, Section 2113(a).)

## FORFEITURE ALLEGATION

4.    As the result of committing the offenses charged in Counts One, Two and Three of this Indictment, KIRK WALKER, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, that constitutes

or is derived from proceeds traceable to the commission of such offenses.

### Substitute Assets Provision

5.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third person;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON
SEP - 30 - 15

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v. -**

**KIRK WALKER.**

**Defendant.**

---

**INDICTMENT**

15 Cr. _____

(18 U.S.C. § 2113(a).)

PREET BHARARA
United States Attorney.

TRUE BILL

FOREPERSON