Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                           Docket No. 15CR00656-01 (GBD)

Kirk Walker

On June 30, 2022, the above named was placed on Supervised Release for a period of three (3) years. Mr. Walker has complied with the rules and regulations of Supervised Release, and we believe that a reduction is warranted. It is accordingly recommended that his Supervised Release be reduced by one (1) year.

Respectfully submitted,

by _____
Stephanie Zhang
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that Kirk Walker be granted a one (1) year reduction in his Supervised Release term with a new maximum date of June 29, 2024.

Date this __19th__ day of __December__, 20 __23__.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE